# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | MDL No. 13-2441-DWF-FLN |
| This Document Relates to:<br><br>THOMAS GREGORY HOGAN,<br><br>        Plaintiff,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP., d/b/a STRYKER ORTHOPAEDICS, STRYKER CORP., STRYKER SALES CORPORATION and STRYKER IRELAND LIMITED,<br><br>        Defendants. | Civil Action No. 13-cv-02053-DWF-FLN<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff THOMAS GREGORY HOGAN, voluntarily dismisses the above-captioned action and Complaint without prejudice.  Defendants have not served an answer or a motion for summary judgment on Plaintiff.

Date:  May 13, 2015.

Respectfully submitted,

*/s/ Michael L. McGlamry*
Michael L. McGlamry
Admitted *pro hac vice*
Georgia Bar No. 492515
N. Kirkland Pope
Admitted *pro hac vice*
Georgia Bar No. 584255
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
3391 Peachtree Road, N.E., Suite 300
P.O. Box 191625 (31119-1625)

Atlanta, GA  30326
(404) 523-7706
Fax (404) 524-1648
Email:  efile@pmkm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned, certify that, on May 13, 2015, in accordance with L.R. 5.4, this document was served under Fed. R. Civ. P. 5(b)(2)(E) by using the court's electronic transmission facilities in accordance with the Court's most recent ECF Guidelines, with service on:

> Ralph Campillo, Esq.
> Karen Woodward, Esq.
> SEDGWICK, LLP
> 801 S. Figueroa Street, 19th Floor
> Los Angeles, CA  90014-5556
> ralph.campillo@sedgwicklaw.com
> karen.woodward@sedgwicklaw.com
>
> Timothy Griffin, Esq.
> STINSON LEONARD STREET
> 150 S. Fifth Street, Suite 2300
> Minneapolis, MN  55402
> timothy.griffin@stinsonleonard.com

> */s/ Michael L. McGlamry*
> Michael L. McGlamry
> Admitted *pro hac vice*
> Georgia Bar No. 492515
> N. Kirkland Pope
> Admitted *pro hac vice*
> Georgia Bar No. 584255
> POPE, McGLAMRY, KILPATRICK,
> MORRISON & NORWOOD, P.C.
> 3391 Peachtree Road, N.E., Suite 300
> P.O. Box 191625 (31119-1625)
> Atlanta, GA  30326
> (404) 523-7706
> Fax (404) 524-1648
> Email:  efile@pmkm.com
>
> ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | MDL No. 13-2441-DWF-FLN |
| This Document Relates to:<br><br>THOMAS GREGORY HOGAN,<br><br>        Plaintiff,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP., d/b/a STRYKER ORTHOPAEDICS, STRYKER CORP., STRYKER SALES CORPORATION and STRYKER IRELAND LIMITED,<br><br>        Defendants. | Civil Action No. 13-cv-02053-DWF-FLN<br><br><br>**[*PROPOSED*] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by Plaintiff on May 13, 2015, (Civil Action No.: 13-cv-02053-DWF-FLN, Doc. No. 36, and MDL No. 13-2441-DWF-FLN, Doc. No. ___),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  May ____, 2015.

*/s/*_____
DONOVAN W. FRANK
United States District Judge